BADGER MUTUAL INSURANCE COMPANY *v.* TRUSTEES OF THE
NORTH MISSISSIPPI HOSPITAL

No. 41811          April 10, 1961          128 So. 2d 584

*Wall Doxey, Jr.,* Holly Springs; *James Stone & Sons,*
Oxford, for appellant.

*Fant & Bush,* Holly Springs, for appellees.

JONES, J.

This case was appealed from the Circuit Court of Marshall County on judgment for appellees.

The lower court rendered a default judgment on the question of liability and directed issuance of a writ of inquiry to ascertain damages. A motion to set aside the default judgment, seasonably made, was overruled.

Without detailing the facts, suffice it to say it was error not to set aside such default judgment. Kennard v. State, No. 41,793, decided March 6, 1961, not yet reported, and civil cases therein cited.

The case is reversed and remanded for further proceedings in accordance herewith.

Reversed and demanded.

*McGehee, C.J.,* and *Lee, Arrington* and *Rodgers, JJ.,* concur.